**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL VELASQUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    A three-hour Evidentiary Hearing and Sentencing Hearing for Defendant Miguel Angel Velasquez is scheduled for January 11, 2012, at 9:00 a.m.

    DATED: November 10, 2011