IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush<br>Court Reporter: Tracy Weir<br>Probation Officer: Caryl Ricca | Date: November 10, 2011 |

Criminal Action No. 10-cr-00220-DME-8

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | M. J. Menendez |
|     Plaintiff, | |
| v. | |
| 8. GREGORY TRAMMELL, | Peter Schild |
|     Defendant. | |

---

COURTROOM MINUTES - SENTENCING

---

10:06 a.m.     Court in session.

Defendant present in custody.

At the change of plea hearing on December 20, 2010, Defendant plead guilty to Count One of the Indictment.

Defendant sworn.

**ORDERED**: Government's Motion to Dismiss Counts Thirty-Four through Thirty-Nine (Doc. 685) is granted.

Parties received and reviewed the presentence report and addenda.

Court adopts the facts stated in the presentence report.

**ORDERED**:  Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) (Doc. 684) is granted.

Argument regarding Government's Motion for Downward Departure.

**ORDERED**:  Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc. 692) is granted.

Argument regarding Defendant's Motion for Departure.

**ORDERED**:  Defendant Gregory Trammell's Motion for Departure of Sentence Under 18 U.S.C. § 3553 (Doc. 436) is denied.

Statements by counsel and Defendant regarding the appropriate sentence.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One of the Indictment to a term of imprisonment of 158 months to run concurrently with the state court sentence imposed in Weld County, Criminal Case No. 2009-CR-2187.

**SUPERVISED RELEASE**:
Upon release from imprisonment, Defendant shall be placed on supervised release for a term of five years.

**Conditions of supervised release:**
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with the standard conditions adopted by this Court.
- (X) Defendant shall not unlawfully use or possess a controlled substance.
- (X) Defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as approved by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of

|  |  |
|---|---|
| | alcohol and other intoxicants during the course of treatment. Defendant shall pay the cost of treatment as directed by the probation officer. |
| (X) | Defendant shall participate in and successfully complete a program of mental health treatment as approved by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer. The probation officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment. |
| (X) | Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating physician or psychiatrist. Defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that therapeutic levels of his prescribed medications are maintained. |

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00 which is due and payable immediately.

**FINE:**
No fine is imposed because Defendant has no ability to pay a fine.

**RESTITUTION**:
No community restitution is imposed because Defendant has no ability to pay restitution.

Defendant is advised of his right to appeal.

Court confirms that counsel have copies of the presentence report and addendum. Any other copies shall remain confidential according to the practice of the Court. If an appeal is taken, counsel on appeal will be permitted access to the presentence report and addendum.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

11:04 a.m.    Court in recess.

Hearing concluded.
Time: 00:58