IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. FLAVIO VILLALVA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    A one-hour Probation Violation Hearing is scheduled for Defendant Flavio Villalva to occur on March 21, 2012, at 10:00 a.m.

    DATED: January 12, 2012