IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  FRANCISCO VALENCIA-ARIAS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing set for April 5, 2012, for Defendant Francisco Valencia-Arias, has been <u>rescheduled for April 24, 2012, at 3:00 p.m.</u>

    DATED: April 5, 2012