IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                           JUDGE DAVID M. EBEL

Courtroom Deputy: Emily Seamon          Date: April 24, 2012
Court Reporter:   Terri Lindblom
Probation Officer: Lisa Pence


Criminal Action No. 10-cr-00220-DME-1

*Parties:*                              *Counsel:*


UNITED STATES OF AMERICA,               Kasandra Carleton
                                        M.J. Menendez
       Plaintiff,

v.

1. MIGUEL ANGEL VELASQUEZ,              Clifford Barnard

       Defendant.

---

## SENTENCING MINUTES

---

**10:04 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Also present at Government's table: Grahm Coder (Federal Bureau of Investigation), Tanya Gutierrez (Weld County Task Force), and Jesus Pastrana (Weld County Task Force).

**Change of Plea Hearing was held on April 21, 2011.  Previous Sentencing proceedings were held on April 4, 2012 and April 5, 2012.**

**Defendant plead guilty to Count One of the Indictment.**

Defendant sworn.

Court provides a history of the case.

Parties received and reviewed the presentence report.

Defense counsel and defendant were given an opportunity to make statements before sentencing.

**10:42 a.m.**     **Court in recess.**
**10:51 a.m.**     **Court in session.**

Government was given an opportunity to make statements before sentencing.

Defense counsel and defendant were given an opportunity to make rebuttal arguments before sentencing.

Comments and rulings by the Court.

**ORDERED:**    Defendant Velasquez's Motion for Variant Sentence [Doc. No. 593, Filed July 20, 2011] is GRANTED IN PART AND DENIED IN PART.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One of the Indictment to a term of imprisonment of 16 years.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 5 years.

**Conditions of supervised release:**
- (X)     Defendant shall not commit another federal, state or local crime.
- (X)     Defendant shall not possess a firearm or destructive device.
- (X)     Defendant shall not illegally possess controlled substances.
- (X)     Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)     Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)     Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during

> the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

The Court will not impose community restitution.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** A complete copy of the presentence report shall be prepared for the Bureau of Prisons and the United States Sentencing Commission.

Counsel confirm they have copies of the presentence report and the addendums.

**ORDERED:** Any other copies of the presentence report and addendum shall remain confidential according to the practices of the Court. If an appeal is taken, counsel on appeal will be permitted access to the report.

Defendant requests that the Court recommend designation to Arizona or Colorado, and recommend participation in the RDAP program. The Court asks that the Bureau of Prisons consider Defendant's request for the RDAP program, but is not entering a recommendation. The Court does not recommend designation but notes that Defendant has an unusually supportive family that would be helpful for Defendant to have access to.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:53 a.m.    Court in recess.**
Hearing concluded.
Total in-court time:  1:40