**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME-12

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Jana STRIBLING,

        Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On November 7, 2012, the probation officer submitted a petition for early termination of probation in this case. On November 8, 2012, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on November 8, 2012, and the United States has not objected to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 27th day of November, 2012.

        BY THE COURT:

        *s/ David M. Ebel*

        _____
        DAVID M. EBEL
        Senior United States Circuit Judge